■ JOHN PICKERING-GEORGE, Also Known as JOHN ROBERT DALEY, Petitioner, v MATHEW M. WAMBUA et al., Respondents. [986 NYS2d 104]—

Determination of respondent Department of Housing Preservation and Development (HPD), dated August 22, 2012, which, after a hearing, terminated petitioner's Section 8 rent subsidy, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of Supreme Court, New York County [Eileen A. Rakower, J.], entered April 9, 2013), dismissed, without costs.

The determination is supported by substantial evidence, including petitioner's own testimony (*see generally 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180-181 [1978]). Such evidence shows that petitioner failed to pay his portion of the rent for the subject apartment for an extended period of time (*see* 24 CFR 982.552); that he vacated the premises without notifying or obtaining the approval of HPD; and that he was absent from the premises for more than 180 days (*see* 24 CFR 982.312).

We have considered petitioner's remaining contentions and find them unavailing. Concur—Mazzarelli, J.P., Acosta, Andrias, Saxe and Clark, JJ.